GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
DANIELLE N. DECOU (SBN 208809)
2450 COLORADO AVENUE, SUITE 400E
Santa Monica, California  90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:  nyleng@gtlaw.com; decoud@gtlaw.com

JS-6

Attorneys for Plaintiffs NICOLE MILLER, LTD
and KOBRA INTERNATIONAL, LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MILLER, LTD., a New York Corporation, and KOBRA INTERNATIONAL, LTD., a New York Corporation,<br><br>             Plaintiffs,<br>v.<br><br>B & K IMPORTS, a California business; JOHN DOES 1-15; XYZ CORPORATIONS 1-15,<br><br>             Defendants | CASE NO. CV 07 3168 (VBF SSx)<br><br>**PERMANENT INJUNCTION, FINAL JUDGMENT ON CONSENT, AND ORDER SETTING ASIDE DEFAULT JUDGMENT** |

Plaintiffs Nicole Miller, Ltd. and Kobra International, Ltd. (collectively "Nicole Miller"), having commenced this action on or about May 17, 2007 (the "Central District Action") for copyright infringement and other relief against Defendant B&K Imports ("B&K"), pursuant to the Copyright Act, 17 U.S.C. §501, *et seq.*, for the reason that B&K has engaged in manufacturing, importing, exporting, distributing, offering for sale and/or selling infringing products which Nicole Miller has identified in its Complaint as infringing the Nicole Miller Copyrights identified in its Complaint (hereinafter the "Nicole Miller Copyrights"); Nicole Miller having filed for entry of default and default entered on or about August 3, 2007 against B&K for failure to plead or otherwise defend in the Central District Action; and Nicole Miller having filed on or about January 4, 2008 a Motion for Default Judgment against B&K, seeking statutory damages, attorneys' fees and costs and the entry of a permanent injunction; the Court having entered an Order granting Nicole Miller's Motion Default Judgment against B&K on or about January 18, 2008 (the "Default Judgment"); and B&K having entered into a Settlement Agreement with Nicole Miller after the entry of Default Judgment and having stipulated to entry of Permanent Injunction and Final Judgment on Consent and Stipulated to Set Aside the Default Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

B&K and its corporate parents, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates, and affiliates and any other persons or entities acting in concert or participation with them, are permanently enjoined and restrained from:

1. Using the Nicole Miller Copyrights or any substantially similar reproduction, copy or colorable imitation of the Nicole Miller Copyrights in connection with the manufacture, importation, exportation, trans-shipment, distribution, advertising, promotion, offer for sale and/or sale of apparel or other items that are not the genuine products of Nicole Miller (the "Infringing Products"), or in any manner likely to cause purchasers or

prospective purchasers to believe that the Infringing Products are connected with Nicole Miller, or Nicole Miller's genuine products; and

2. Passing off, inducing, or enabling others to sell or pass off any apparel or other items that are not Nicole Miller's genuine products as and for Nicole Miller's genuine products; and

3. Committing any other acts calculated to cause purchasers or prospective purchasers to believe the Infringing Products are Nicole Miller genuine products; and

4. Importing, exporting, manufacturing, shipping, delivering, holding for sale, offering for sale, selling, distributing, returning, transferring and/or otherwise moving or disposing of in any manner apparel or other items falsely bearing one or more of Nicole Miller's Copyrights, or any reproduction, copy, or colorable imitation of same; and

5. Making any representations, orally or in writing, to any member or segment of the public or the business or financial community that they are authorized, licensed or otherwise permitted by Nicole Miller to import, export, ship, deliver, distribute, offer for sale or sell Nicole Miller genuine products; and

6. Assisting, aiding, or abetting any other person or business entity, in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (e); and it is further

**ORDERED,** that this Court has jurisdiction over the parties, and the subject matter of the Central District Action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction; and it is further

///
///
///
///
///

    **ORDERED**, that pursuant to the Settlement Agreement, the Default Judgment is set aside and this Permanent Injunction and Final Judgment on Consent is entered in its place.

    **SO ORDERED.**

Dated: March 20, 2008       By: _____
                                                     Hon. Valerie Baker Fairbank
                                                     United States District Court Judge

Submitted by:

GREENBERG TRAURIG, LLP

By: s/Gregory A. Nylen
     Gregory A. Nylen
     Attorneys for Plaintiffs
     NICOLE MILLER, LTD and
     KOBRA INTERNATIONAL, LTD.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On Type Date here, I served the TYPE TITLE HERE on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Type Parties served here
Type Company name here
Type Address here
Type City, State & Zip here

☐ **(BY MAIL)**

☐ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Santa Monica, California.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[PROPOSED] PERMANENT INJUNCTION, FINAL JUDGMENT ON CONSENT, AND ORDER SETTING ASIDE DEFAULT JUDGMENT

NY 238,652,842v1

☐ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on Type Date here, at Santa Monica, California.

_____
Signature

_____
Print Name